40003.  ALLEN'S LITHOGRAPHING TRADE PLANT, INC.
v. RAPID ROLLER COMPANY.

EBERHARDT, Judge.  This is a verified suit on open account in
which the defendant filed a verified general denial.  The trial
resulted in a verdict for plaintiff in the full amount.  De-
fendant's motion for new trial on the general and three special
grounds was overruled and exception taken.  *Held:*

1. The general grounds are not argued and are abandoned.
2. Special ground 1 complains that the judge expressed an opin-
   ion in the presence of the jury when he stated that defendant's
   answer, a general denial only, was subject to a motion to
   strike and therefore that evidence as to failure of considera-
   tion could not be allowed.  This opinion was one concerning
   the legal effect of a pleading; the opinions, expression of which
   is forbidden by *Code* § 81-1104, are those relating to facts.
3. Special ground 2 is that the "court refused to allow the de-
   fendant to get into the question as to the quality of the blan-
   kets."  In addition to the infirmity mentioned above, i.e.,
   general denial only filed, there is no showing of what the
   witness was expected to testify or the materiality of his tes-
   timony.  Leverett, Hall & Christopher, Ga. Procedure & Prac-
   tice, 491, § 22-4 (5).
4. "An exception based upon the refusal of the court to award
   a nonsuit will not be considered, where subsequently thereto
   the case is submitted to the jury, and after verdict being for
   the plaintiff a motion for new trial is made which presents the
   complaint that the verdict is contrary to the evidence and
   without evidence to support it."  *Venable v. Gresham,* 105
   Ga. App. 720 (3) (125 SE2d 507).

None of the grounds showing error, the judgment overruling the
motion for new trial is affirmed.

   *Judgment affirmed.  Felton, C. J., and Russell, J., concur.*

DECIDED APRIL 2, 1963.

*Walter V. Beasley,* for plaintiff in error.
*Andrew A. Baumstark,* contra.